IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KEVIN D. JACOBS, #150087                                    PETITIONER

VERSUS                                CIVIL ACTION NO. 1:09-cv-653-HSO-JMR

WARDEN GRIMES AND JIM HOOD                                  RESPONDENTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Court's Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS, HEREBY, ORDERED AND ADJUDGED that Petitioner's request for habeas corpus relief is denied, and this cause is dismissed with prejudice.

SO ORDERED, this the 21st day of October, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE